## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PBC Broadcasting, LLC, | ) | Case No. 09-12474 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES

**WOMBLE CARLYLE SANDRIDGE & RICE PLLC**
Frank A. Monaco, Jr. (Del. Bar No. 2078)
Mark L. Desgrosseilliers (Del. Bar No. 4083)
222 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Fax: (302) 252-4330

Counsel for the Debtor and
Debtor in Possession

<strong>UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</strong>

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NV BROADCASTING, LLC, <u>et al.</u>,[1] | ) Case No. 09-12473 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| _____ | ) |

<strong>GENERAL NOTES</strong>

On July 13, 2009 (the "<u>Petition Date</u>"), the following entities (together with any successors, designees, or assigns including, without limitation, any liquidating trust, trustee, or plan administrator, the "<u>Debtors</u>") filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"):

| | |
|---|---|
| NV Broadcasting, LLC | NVT Savannah, LLC |
| NV Media, LLC | NVT Savannah Licensee, LLC |
| NVT Kansas, Inc. | NVT Youngstown, LLC |
| NV Television, LLC | NVT Youngstown Licensee, LLC |
| NVT Portland, LLC | NVT Birmingham, LLC |
| NVT Portland Licensee, LLC | NVT Birmingham Licensee, LLC |
| NVT Hawaii, LLC | NVT Mason City, LLC |
| NVT Hawaii Licensee, LLC | NVT Mason City Licensee, LLC |
| NVT Topeka, LLC | PBC Television Holdings, LLC |
| NVT Topeka Licensee, LLC | PBC Broadcasting, LLC |
| NVT Topeka II, LLC | PBC Broadcasting of Youngstown, LLC |
| NVT Topeka II Licensee, LLC | PBC Broadcasting of Youngstown License, LLC |
| NVT Wichita, LLC | PBC Broadcasting of Savannah, LLC |
| NVT Wichita Licensee, LLC | PBC Broadcasting of Savannah License, LLC |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  NV Broadcasting, LLC (7998); NV Media, LLC (6012); NV Television, LLC (4400); NVT Kansas, Inc. (2060); NVT Birmingham, LLC (1537); NVT Birmingham Licensee, LLC (1535); NVT Mason City, LLC (9043); NVT Mason City Licensee, LLC (6216); NVT Portland, LLC (2561); NVT Portland Licensee, LLC (2797); NVT Hawaii, LLC (2999); NVT Hawaii Licensee, LLC (3178); NVT Wichita, LLC (2123); NVT Wichita Licensee, LLC (2241); NVT Topeka, LLC (1839); NVT Topeka Licensee, LLC (1990); NVT Topeka II, LLC (3337); NVT Topeka II Licensee, LLC (5695); NVT Youngstown, LLC (2962); NVT Youngstown Licensee, LLC (5405); NVT Savannah, LLC (8516); NVT Savannah Licensee, LLC (5428); PBC Television Holdings, LLC (7741); PBC Broadcasting, LLC (0533); PBC Broadcasting of Youngstown, LLC (3833); PBC Broadcasting of Youngstown License, LLC (3779); PBC Broadcasting of Savannah, LLC (8216); and PBC Broadcasting of Savannah License, LLC (8214).  The location of the NV Debtors' corporate headquarters and service address is: 3500 Lenox Road, Suite 640, Atlanta, Georgia 30326.  The location of the PBC Debtors' corporate headquarters and service address is: 11766 Wilshire Blvd, Suite 405, Los Angeles, CA 90025.

These cases are being jointly administered under Case No. 09-12473.

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements") of the Debtors have been prepared pursuant to section 521 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors with the assistance of its advisors and are unaudited. While the Debtors have made reasonable efforts to ensure that the Statements and the Schedules are accurate and complete based on information that was available to the Debtors at the time of preparation, subsequent information or discovery may result in material changes to the Statements and the Schedules, and inadvertent errors or omissions may exist. Moreover, the Statements and the Schedules contain unaudited information that is subject to further review and potential adjustment. Furthermore, nothing contained in the Statements and the Schedules shall constitute a waiver of rights or admission with respect to these chapter 11 cases including, but not limited to, any issues involving equitable subordination and/or causes of action arising under Chapter 5 of the Bankruptcy Code and/or any other applicable non-bankruptcy laws or rules.

**Amendment**. The Debtors reserve all rights to amend, supplement, or otherwise modify the Statements and/or the Schedules as is necessary or appropriate.

**Basis of Presentation**. Given the uncertainty surrounding the collection, valuation and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not an admission that the Debtors were solvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtors show more liabilities than assets, this is not an admission that the Debtors were insolvent at the Petition Date or any time prior to the Petition Date.

**Causes of Action**. The Debtors, despite best reasonable efforts, may not have identified and/or set forth all of their causes of action (actual or potential) against third parties as assets in the Schedules and the Statements. The Debtors reserve all of their rights with respect to any causes of action they may have. Nothing in these General Notes, the Statements or the Schedules shall be deemed a waiver of any such rights, claims, causes of action or remedies.

**Claims Description**. Any failure to designate a claim on the Schedules or in the Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute any claim reflected on the Schedules or the Statements on any grounds, including, but not limited to, amount, liability or classification, or otherwise to designate subsequently such claims as "disputed," "contingent" or "unliquidated." The Debtors reserve the right to amend, supplement, or otherwise modify the Statements and/or Schedules accordingly.

**Current Market Value – Net Book Value**. The Debtors believe it would be an inefficient use of estate assets for the Debtors to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, net book values are reflected on the Schedules and the Statements. For this reason, amounts ultimately realized will vary from net book value and such variance may be material. In addition, the amounts shown for liabilities exclude items identified

as "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Statements and Schedules.

**Dates**.  Unless otherwise indicated, all information is as of the Petition Date.  The claims listed in the Schedules arose or were incurred on various dates.  The Debtors do not list a specific date of occurrence for each and every claim.

**Excluded Assets and Liabilities**.  The Debtors may have excluded certain immaterial assets and liabilities.

**Environmental Matters**.  The responses to Statement of Financial Affairs Questions #17a, 17b, and 17c were made to the best of each Debtor's knowledge and by reviewing documents contained in the Debtor's files.  Each Debtor's answers to these questions do not take into account or reflect, as to that particular Debtor's facilities and assets, information from any time period before that Debtor's acquisition of such facilities and assets.

**Insiders**.  Except as may be otherwise indicated in the Statements or the Schedules, the Debtors have included payments made during the one-year period preceding the Petition Date to persons deemed an "insider," as that term is defined in section 101(31) of the Bankruptcy Code.  Inter-company balances as of the Petition Date are listed in the Schedules; however, inter-company payments are not included in the response to Statement of Financial Affairs Question #3c.  Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such person, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.  The Debtors have also made certain payments to affiliates of insiders, and those payments are reflected in the Debtors' books and records.

**Inventory**.  Inventory, where applicable, is presented without consideration for any potential warehousemen's or similar liens.

**Paid Claims**.  Certain prepetition fixed, liquidated and undisputed unsecured claims owing as of the Petition Date were paid in accordance with certain first-day orders before the date of the filing of the Schedules and Statements.  As such, certain Schedules may list amounts payable as of the Petition Date, without reduction for payments made after the Petition Date in accordance with such orders.

**Schedule D – Creditors Holding Secured Claims**.  Except as otherwise set forth in an order entered by the Court, including but not limited to the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Superpriority Claims, (IV) Granting Adequate Protection to the Prepetition Secured Parties* dated August 5, 2009, the Debtors reserve the right to dispute or challenge the nature, extent, validity, or priority of any lien, claim or encumbrance set forth for any creditor listed on Schedule D or otherwise. The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a

complete description of the collateral and the nature, extent, validity and priority of any liens. Nothing in the General Notes, the Schedules or the Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents. Real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights.

**Schedule E – Creditors Holding Unsecured Priority Claims**. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims. Schedule E does not include (a) priority employee claims that were paid pursuant to the *Order on Motion for Entry of an Order (I) Authorizing Payment of Wages, Compensation and Employee Benefits, and (II) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* dated July 15, 2009 (the "Wage Order"); or (b) claims of taxing authorities that were paid pursuant to the *Order on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Sales, Use Trust Fund and Other Taxes and Governmental Charges; (II) Authorizing the Debtors to Pay Prepetition Regulatory Fees; and (III) Directing the Banks and Financial Institutions to Honor and Process the Payment of Such Amounts* dated July 15, 2009. Also, the Debtors have omitted from their responses to Statement of Financial Affairs Question #3b payments made to employees within 90 days of the Petition Date.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims**. Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

Certain creditors owe amounts to the Debtors and may have valid setoff or recoupment rights with respect to such amounts. The Debtors have not reviewed the validity of any such setoff or recoupment rights and hereby reserve all rights to challenge such setoff or recoupment rights.

Schedule F contains information regarding pending litigation involving the Debtors. The amounts for these potential claims are listed as undetermined and, therefore, marked as contingent, unliquidated and disputed in the Schedules.

Schedule F does not include claims that were paid pursuant to the Wage Order.

Schedule F does not include any claims that could be asserted under certain agreements designated as "trade agreements" in Schedule G, as those agreements do not contemplate that the parties will settle their obligations in cash, and the Debtors do not believe that any monetary amounts are owing under such agreements.

**Schedule G – Executory Contracts and Unexpired Leases**.  The business of the Debtors is complex.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusion may have occurred.  Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth in Schedule G.  The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code or other applicable law with respect to any such omitted contracts, agreements or leases are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

**Time Periods.**  Some portions of the Statements of Financial Affairs require setting forth information and data from January 1, 2007 to the Petition Date (e.g., Statement of Financial Affairs Questions #1, 2).  As to certain Debtors that were not in existence as of January 1, 2007, data is provided from the date of formation of each such Debtor or the date that such Debtor began business operations.

**Totals**.  All totals that are included in the Schedules represent totals of all known amounts included in the Debtors' books and records as of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Trade Accounts Receivable and Accounts Payable**.  Such accounts are presented without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff or recoupment rights or collateral held by the Debtors unless otherwise stated.  Likewise, accounts payable are shown without consideration for accounts receivable, open or terminated contracts, liquidated damages, setoff or recoupment rights or collateral that has been posted on behalf of the counterparty.

**NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN OR IN THE SCHEDULES OR STATEMENTS, THE DEBTORS RESERVE THE RIGHT TO AMEND, SUPPLEMENT, OR OTHERWISE MODIFY THE SCHEDULES AND/OR STATEMENTS AND TO DISPUTE THE NATURE, EXTENT, VALIDITY, OR PRIORITY OF ANY LIEN, CLAIM OR ENCUMBRANCE SET FORTH IN THE SCHEDULES AND/OR STATEMENTS.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re  **PBC Broadcasting, LLC**
_____ ,

Debtor

Case No.  **09-12474**  _____

Chapter  **11**  _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

|  |  |  | AMOUNTS SCHEDULED | | |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 |  |  |  |
| B - Personal Property | Yes | 7 | $5,344,854.00 UNDETERMINED |  |  |
| C - Property Claimed As Exempt | Yes | 1 |  |  | N/A |
| D - Creditors Holding Secured Claims | Yes | 1 |  | $47,010,859.00 UNDETERMINED |  |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 |  | $0.00 UNDETERMINED |  |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 |  | $16,968.95 |  |
| G - Executory Contracts and Unexpired Leases | Yes | 1 |  |  |  |
| H - Codebtors | Yes | 8 |  |  |  |
| I - Current Income of Individual Debtor(s) | No |  |  |  | N/A |
| J - Current Expenditures of Individual Debtor(s) | No |  |  |  | N/A |
| Total Number of Sheets In ALL Schedules | | 24 |  |  |  |
| | Total Assets | | $5,344,854.00 PLUS UNDETERMINED |  |  |
| | Total Liabilities | | | $47,027,827.95 PLUS UNDETERMINED |  |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint or Community.'  If the debtor holds no interest in real property, write 'None' under 'Description and Location of Property.'

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write 'None' in the column labeled 'Amount of Secured Claim.'

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Sheet no. 1 of 1      sheets attached to Schedule of
Real Property

Total
(Use only on the last page of the completed Schedule A)

(Report total also on Summary of Schedules)

In re <u>PBC Broadcasting, LLC</u>    Case No. <u>09-12474</u>
　　　　　　　Debtor                                (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  CASH ON HAND. | ☑ | | | |
| | | | | |
| 02  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | ☐ | BANK OF AMERICA: $7,718.00 WACHOVIA ACCOUNT: $7,377.00 | | $15,095.00 |
| | | | | |
| 03  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | ☑ | | | |
| | | | | |
| 04  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | ☑ | | | |
| | | | | |

Sheet no. 1 of  6  sheets attached to Schedule of
　　　　Personal  Property

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 05 BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | ☑ | | | |
| | | | | |
| 06 WEARING APPAREL. | ☑ | | | |
| | | | | |
| 07 FURS AND JEWELRY. | ☑ | | | |
| | | | | |
| 08 FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | ☑ | | | |
| | | | | |
| 09 INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | ☑ | | | |
| | | | | |
| 10 ANNUITIES. ITEMIZE AND NAME EACH INSURER. | ☑ | | | |
| | | | | |
| 11 INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(B)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(B)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(C).) | ☑ | | | |
| | | | | |

In re <u>**PBC Broadcasting, LLC**</u>                    Case No. <u>**09-12474**</u>
          Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12 INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | ☑ | | | |
| | | | | |
| 13 STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | ☐ | PBC BROADCASTING OF YOUNGSTOWN, LLC (100%)<br>PBC BROADCASTING OF SAVANNAH, LLC (100%) | | UNDETERMINED |
| | | | | |
| 14 INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | ☑ | | | |
| | | | | |
| 15 GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | ☑ | | | |
| | | | | |
| 16 ACCOUNTS RECEIVABLE. | ☑ | | | |
| | | | | |
| 17 ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | ☑ | | | |
| | | | | |
| 18 OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDE TAX REFUNDS. GIVE PARTICULARS. | ☑ | | | |
| | | | | |

Sheet no. 3 of  6  sheets attached to Schedule of
          Personal  Property

In re __PBC Broadcasting, LLC_____,  Case No. _____09-12474_____
　　　　　　　　Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19  EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | ☑ | | | |
| | | | | |
| 20  CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | ☑ | | | |
| | | | | |
| 21  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | ☑ | | | |
| | | | | |
| 22  PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | ☑ | | | |
| | | | | |
| 23  LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES.  GIVE PARTICULARS. | ☑ | | | |
| | | | | |

Sheet no. 4 of  6  sheets attached to Schedule of
Personal  Property

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24 CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION (AS DEFINED IN 11 U.S.C. § 101(41A)) PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | ✔ | | | |
| | | | | |
| 25 AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES. | ✔ | | | |
| | | | | |
| 26 BOATS, MOTORS, AND ACCESSORIES. | ✔ | | | |
| | | | | |
| 27 AIRCRAFT AND ACCESSORIES. | ✔ | | | |
| | | | | |
| 28 OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | ✔ | | | |
| | | | | |
| 29 MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | ✔ | | | |
| | | | | |
| 30 INVENTORY. | ✔ | | | |
| | | | | |
| 31 ANIMALS. | ✔ | | | |
| | | | | |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32 CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | ✔ | | | |
| | | | | |
| 33 FARMING EQUIPMENT AND IMPLEMENTS. | ✔ | | | |
| | | | | |
| 34 FARM SUPPLIES, CHEMICALS, AND FEED. | ✔ | | | |
| | | | | |
| 35 OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | ☐ | SEE ATTACHED RIDER B.35 | | $5,329,759.00 |
| | | | | |

(Use only on the last page of the completed Schedule B)

$5,344,854.00
PLUS UNDETERMINED

(Report total also on Summary of Schedules)

## SCHEDULE B - PERSONAL PROPERTY

### Rider B.35 - Other personal property of any kind

| ASSET DESCRIPTION | VALUE |
|---|---|
| Loan Origination Fees, net | $1,837,584.00 |
| Intercompany (PBC Broadcasting of Savannah) | $979,690.00 |
| JSA/SSA (NVT Youngstown) | $1,775,393.00 |
| Intercompany (PBC Broadcasting of Youngstown) | $532,196.00 |
| JSA/SSA (NV Broadcasting Corp) | $204,896.00 |
| **TOTAL** | $5,329,759.00 |

In re <u>**PBC Broadcasting, LLC**</u>                     Case No. <u>**09-12474**</u>
                    Debtor                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
 (Check one box)

☐ 11 U.S.C. 522(b)(2)

☐ 11 U.S.C. 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | Not Applicable | | |

In re **PBC Broadcasting, LLC**                                   Case No. **09-12474**
_____                              _____
                    Debtor                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Vendor No:                    s24 | | | | | | | | |
| UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT 677 WASHINGTON BLVD 6TH FLOOR SOUTH STAMFORD, CT  06901 | X | | MONEY LOANED ALL ASSETS - UCC-1 FINANCING STATEMENTS FILED 11/1/07 | | | | $47,010,859.00 | |
| | | | Value:                        Unknown | | | | | |
| Vendor No:                    s14321 | | | | | | | | |
| UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT 677 WASHINGTON BLVD 6TH FLOOR SOUTH STAMFORD, CT  06901 | X | | GUARANTEE ALL ASSETS - UCC-1 FINANCING STATEMENT FILED 11/1/07 | X | | | UNDETERMINED | |
| | | | Value:                        Unknown | | | | | |
| Vendor No:                    s12992 | | | | | | | | |
| WILMINGTON TRUST FSB, AS SUCCESSOR ADMINISTRATIVE AGENT ATTN: JOE O'DONNELL 246 GOOSE LANE, SUITE 105 GUILFORD, CT  06437 | X | | GUARANTEE ALL ASSETS - UCC-1 FINANCING STATEMENTS FILED 11/2/07 | X | | | UNDETERMINED | |
| | | | Value:                        Unknown | | | | | |

Sheet no. 1 of 1  sheets attached to Schedule of
Creditors Holding Secured Claims

Total Unsecured

Total Secured                    $47,010,859.00
(Use only on the last page of the completed Schedule D)         PLUS UNDETERMINED

(Report total also on Summary of Schedules)

In re **PBC Broadcasting, LLC**

Debtor

Case No. **09-12474**

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts  not  entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)**

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief.   11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days  immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re <u>**PBC Broadcasting, LLC**</u>

Debtor

Case No. <u>**09-12474**</u>

(If known)

☐ **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to a maximum of $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

<u>     1     </u>   continuation sheets attached

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Vendor No: s11199 <br> MAHONING COUNTY TREASURER <br> LISA A ANTONINI <br> COURTHOUSE <br> 120 MARKET STREET <br> YOUNGSTOWN, OH 44503-1749 | | | TAXES & OTHER GOVT DEBTS | | | | UNDETERMINED | UNDETERMINED | |

Sheet no. 3 of 3 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| Total | UNDETERMINED | UNDETERMINED | |
|---|---|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | | | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Vendor No. | AMERICA | s7418 | | | | | | | |
| AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265-0448 | | | | | TRADE DEBT | | | | $458.03 |
| Vendor No. | COHEN D | s7422 | | | | | | | |
| COHEN, DIPPELL AND EVERIST PC<br>1300 L STREET, N W<br>SUITE 1100<br>WASHINGTON, DC 20005 | | | | | TRADE DEBT | | | | $5,298.92 |
| Vendor No. | DRINKER | s7423 | | | | | | | |
| DRINKER BIDDLE & REATH<br>1500 K STREET, NW<br>SUITE 1100<br>WASHINGTON, DC 20005-1209 | | | | | TRADE DEBT | | | | $11,132.00 |
| Vendor No. | SEC OF | s7434 | | | | | | | |
| SECRETARY OF STATE<br>OFFICE OF SECRETARY OF STATE<br>ANNUAL REGISTRATION FILINGS<br>PO BOX 23038<br>COLUMBUS, GA 31902-3038 | | | | | TRADE DEBT | | | | $60.00 |

Sheet no. 1 of 2      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **PBC Broadcasting, LLC**          Case No.     **09-12474**
_____
       Debtor                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No.   CA SEC   s7421 | | | | |
| SECRETARY OF STATE STATEMENT OF INFORMATION UNIT PO BOX 944230 SACRAMENTO, CA 94244-2300 | | TRADE DEBT | | $20.00 |

Sheet no. 2 of 2     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims         Total           $16,968.95

In re **PBC Broadcasting, LLC**
_____
Debtor

Case No. _____ **09-12474** _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any time share interests.

State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of the lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 2146   CHICAGO TITLE INSURANCE COMPANY<br>PO BOX 45023<br>JACKSONVILLE, FL  32232-5023 | TITLE INSURANCE |
| 2145   CRABBS SURVEYING SERVICE<br>PO BOX 908<br>PAINESVILLE, OH  44077 | SURVEY |
| 2927   DIRECTV, INC.<br>ATTN: SENIOR VP, PROGRAMMING<br>PO BOX 92424<br>LOS ANGELES, CA  90009 | AGREEMENT<br>RETRANSMISSION CONSENT AGREEMENT |

In re <u>**PBC Broadcasting, LLC**</u>  Case No. <u>**09-12474**</u>
          Debtor                                              (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| NV Broadcasting, LLC<br>11766 Wilshire Blvd<br>Suite 405<br>LOS ANGELES, CA 90025 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NV Broadcasting, LLC<br>11766 Wilshire Blvd<br>Suite 405<br>LOS ANGELES, CA 90025 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NV Broadcasting, LLC<br>11766 Wilshire Blvd<br>Suite 405<br>LOS ANGELES, CA 90025 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NV Television, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NV Television, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Birmingham Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Birmingham Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |

In re _____      Case No. _____

Debtor      (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NVT Birmingham, LLC<br>WIAT-TV CBS 42<br>2075 Golden Crest Dr.<br>BIRMINGHAM, AL 35209 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Birmingham, LLC<br>WIAT-TV CBS 42<br>2075 Golden Crest Dr.<br>BIRMINGHAM, AL 35209 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O´DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Hawaii Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Hawaii Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O´DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Hawaii, LLC<br>KHON2<br>88 Piikoi Street<br>HONOLULU, HI 96814 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Hawaii, LLC<br>KHON2<br>88 Piikoi Street<br>HONOLULU, HI 96814 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O´DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Mason City Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NVT Mason City Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA  30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT  06437 |
| NVT Mason City, LLC<br>KIMT NewsChannel3<br>112 N. Pennsylvania Ave.<br>MASON CITY, IA  50401 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT  06901 |
| NVT Mason City, LLC<br>KIMT NewsChannel3<br>112 N. Pennsylvania Ave.<br>MASON CITY, IA  50401 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT  06437 |
| NVT Portland Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA  30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT  06901 |
| NVT Portland Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA  30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT  06437 |
| NVT Portland, LLC<br>KION-TV<br>222 SW Columbia St.<br>PORTLAND, OR  97201 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT  06901 |
| NVT Portland, LLC<br>KION-TV<br>222 SW Columbia St.<br>PORTLAND, OR  97201 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT  06437 |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| NVT Savannah Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Savannah Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O'DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Savannah, LLC<br>WJCL-TV 22<br>10001 Abercorn Street<br>SAVANNAH, GA 31406 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Savannah, LLC<br>WJCL-TV 22<br>10001 Abercorn Street<br>SAVANNAH, GA 31406 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O'DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Topeka II Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Topeka II Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O'DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Topeka II, LLC<br>KTMJ Fox 43<br>6835 N.W. Highway 24<br>TOPEKA, KS 66618 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |

Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NVT Topeka II, LLC<br>KTMJ Fox 43<br>6835 N.W. Highway 24<br>TOPEKA, KS 66618 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Topeka Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Topeka Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Topeka, LLC<br>KSNT Channel 27<br>6835 N.W. Highway 24<br>TOPEKA, KS 66618 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Topeka, LLC<br>KSNT Channel 27<br>6835 N.W. Highway 24<br>TOPEKA, KS 66618 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Wichita Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Wichita Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NVT Wichita, LLC<br>c/o KSNW-TV<br>833 N. Main Street<br>WICHITA, KS 67203 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Wichita, LLC<br>c/o KSNW-TV<br>833 N. Main Street<br>WICHITA, KS 67203 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Youngstown Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Youngstown Licensee, LLC<br>3500 Lenox Road<br>Suite 640<br>ATLANTA, GA 30326 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| NVT Youngstown, LLC<br>WKBN-TV<br>3930 Sunset Boulevard<br>YOUNGSTOWN, OH 44512 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| NVT Youngstown, LLC<br>WKBN-TV<br>3930 Sunset Boulevard<br>YOUNGSTOWN, OH 44512 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O`DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| PBC Broadcasting of Savannah License, LLC<br>11766 Wilshire Blvd.<br>Suite 405<br>LOS ANGELES, CA 90025 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PBC Broadcasting of Savannah License, LLC<br>11766 Wilshire Blvd.<br>Suite 405<br>LOS ANGELES, CA 90025 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O´DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| PBC Broadcasting of Savannah, LLC<br>WTGS 28<br>10001 Abercorn Street<br>SAVANNAH, GA 31406 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| PBC Broadcasting of Savannah, LLC<br>WTGS 28<br>10001 Abercorn Street<br>SAVANNAH, GA 31406 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O´DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| PBC Broadcasting of Youngstown License, LLC<br>11766 Wilshire Blvd.<br>Suite 405<br>LOS ANGELES, CA 90025 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| PBC Broadcasting of Youngstown License, LLC<br>11766 Wilshire Blvd.<br>Suite 405<br>LOS ANGELES, CA 90025 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O´DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |
| PBC Broadcasting of Youngstown, LLC<br>WYTV 33<br>3930 Sunset Blvd.<br>YOUNGSTOWN, OH 44512 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| PBC Broadcasting of Youngstown, LLC<br>WYTV 33<br>3930 Sunset Blvd.<br>YOUNGSTOWN, OH 44512 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O´DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |

In re ___**PBC Broadcasting, LLC**_____    Case No. ____**09-12474**_____

           Debtor                                                       (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PBC Television Holdings, LLC<br>11766 Wilshire Blvd.<br>Suite 405<br>LOS ANGELES, CA 90025 | UBS AG, STAMFORD BRANCH, AS ADMINISTRATIVE AGENT<br>677 WASHINGTON BLVD<br>6TH FLOOR SOUTH<br>STAMFORD, CT 06901 |
| PBC Television Holdings, LLC<br>11766 Wilshire Blvd.<br>Suite 405<br>LOS ANGELES, CA 90025 | WILMINGTON TRUST FSB, AS SUCCESSOR<br>ADMINISTRATIVE AGENT<br>ATTN: JOE O'DONNELL<br>246 GOOSE LANE, SUITE 105<br>GUILFORD, CT 06437 |

In re **PBC Broadcasting, LLC** _____ ,    Case No.  **09-12474** _____

   Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULES


DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION


I, Todd Parkin, the Chief Executive Officer of PBC Broadcasting, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 25 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

*(Total shown on summary page plus 1.)*


Date ____August 12, 2009____    Signature _____/s/  Todd Parkin_____

                    Todd Parkin
                    (print name of individual signing on behalf of debtor)

                    Chief Executive Officer
                    (indicate position or relationship to debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. sec. 152 and 3571.